

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00004-CV

**IN THE INTEREST OF A.A.** and A.A.I.

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00255
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is REVERSED with respect to appellant and the cause is REMANDED to the trial court for further proceedings.

We ORDER all costs of this appeal assessed against appellee, the Texas Department of Family and Protective Services.

SIGNED July 1, 2015.

_____
Karen Angelini, Justice